IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 10-17127-MDC |
| | : |
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Debtor | : Chapter 11 |

| | |
|---|---|
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Plaintiff | : |
| | : |
| v. | : Adv. No.: 12-00714-mdc |
| | : |
| CITY OF LANCASTER, ET AL., | : |
| Defendants | : |

## STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

1. Shell's Disposal and Recycling, Inc. (the "Debtor") filed a three count complaint in the above captioned adversary proceeding.

2. The first two counts of the Complaint were a request by the Debtor for alleged stay violations by The City of Lancaster (the "City") as a result of the City contacting alleged customers of the Debtor and the City inspecting the Debtor's premises.

3. The parties have resolved their differences regarding the first two counts in the adversary proceeding and hereby consent and stipulate that the United States District Court for the Eastern District of Pennsylvania may decide whether Plaintiff should be allowed to proceed with case number 07-CV-3545.

WHEREFORE, the Debtor and the City request the above captioned adversary proceeding be dismissed without prejudice.

RESPECTFULLY SUBMITTED BY:

Date: August 13, 2013          By /s/ *Lawrence G. Frank*
                                          Lawrence G. Frank, Esquire
                                          Thomas, Long, Niesen & Kennard
                                          Attorney I.D. 15619
                                          212 Locust Street, Suite 500
                                          Harrisburg, PA  17101
                                          Phone:  717-255-7600
                                          Fax: 717-236-8278
                                          lawrencegfrank@gmail.com

*Attorneys for the Plaintiff*

McNEES WALLACE & NURICK LLC

Date: August 13, 2013          By: /s/ *Clayton W. Davidson*
                                          Clayton W. Davidson
                                          PA Attorney I.D. 79139
                                          100 Pine Street - P.O. Box 1166
                                          Harrisburg, PA  17108-1166
                                          Direct Fax:  717-260-1678
                                          Phone:  717-232-8000
                                          cdavidson@mwn.com

*Attorneys for the Defendants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 10-17127-MDC |
| | : |
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Debtor | : Chapter 11 |

| | |
|---|---|
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Plaintiff | : |
| | : |
| v. | : Adv. No.: 12-00714-mdc |
| | : |
| CITY OF LANCASTER, ET AL., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Clayton W. Davidson, hereby certify that on August 13, 2013, a true and correct copy of Stipulation for Dismissal of Adversary Proceeding Without Prejudice and proposed order were served electronically via the Court's ECF System, on the date set forth above, upon the following as indicated:

| | |
|---|---|
| JEROME C. FINEFROCK | LAWRENCE G. FRANK |
| VanOrmer & Associates dba Rank & Rank PC | Thomas, Long, Niesen & Kennard |
| PO Box 1524 | 212 Locust St. |
| Lancaster, PA 17608-1524 | Suite 500 |
| 717 299 6331 | Harrisburg, PA 17101 |
| finefox@comcast.net | LawrenceGFrank@gmail.com |
| (via CM/ECF) | (via CM/ECF) |
| | |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

/s/ *Clayton W. Davidson*
Clayton W. Davidson