IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 10-17127-MDC |
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Debtor | : Chapter 11 |
| SHELL'S DISPOSAL AND RECYCLING, INC., | : |
| Plaintiff | : |
| v. | : Adv. No.: 12-00714-mdc |
| CITY OF LANCASTER, ET AL., | : |
| Defendants | : |

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

AND NOW, this 14th day of August, 2013, it is hereby ORDERED AND DECREED that the above captioned adversary proceeding is dismissed without prejudice. It is also ordered and decreed that the United States District Court for the Eastern District of Pennsylvania is the proper court to decide whether Plaintiff should be allowed to proceed with case number 07-CV-3545.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Lawrence G. Frank, Esquire
Thomas, Long, Niesen and Kennard
212 Locust Street, Suite 500
Harrisburg, PA 17101

Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166